UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                     :

JANET LOUISE FRANKENFIELD

                                                          : Bankruptcy No. 16-16869REF
Debtor(s)                         : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                                 BY THE COURT

**Date: April 25, 2019**

                                                                 Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

JOHN R K SOLT ESQ
JOHN R K SOLT PC@GATEWAY PROF CTR
2045 WESTGATE DRIVE - SUITE 404B
BETHLEHEM PA 18107-

JANET LOUISE FRANKENFIELD
3655 NIJARO ROAD
BETHLEHEM,PA.18020